Baker v. State.

MARY BAKER, ALIAS MARY MARQUETT, V. STATE OF
NEBRASKA.

FILED NOVEMBER 8, 1900.   No. 10,722.

State Industrial School: STATUTE: CONSTITUTIONAL LAW.  That part
of section 5, article 1, chapter 75, Compiled Statutes, which pro-
vides for the commitment to the state industrial school of any
boy or girl under the age of eighteen years "who for want of
proper parental care is growing up in mendicancy and vag-
rancy, or is incorrigible," contravenes section 12, article 8, of
the constitution, and is void.

ERROR from the district court of Lancaster county.
Tried below before HOLMES, J.  Reversed.

Clark & Allen, for plaintiff in error.

Constantine J. Smyth, Attorney General, and Willis D.
Oldham, Deputy, contra.

NORVAL, C. J.

Mary Baker, alias Mary Marquett, a girl of the age of
fifteen years, was charged in the county court of Lancas-
ter county with being incorrigible.  A general demurrer
to the complaint was interposed, which was overruled,
and on the trial she was adjudged guilty as charged and
ordered committed to the industrial school for girls at
Geneva until she arrives at the age of twenty-one years.
On error proceeding to the district court said order was
affirmed.  The cause is now before us for review.

The constitutionality of section 5, article 1, chapter 75,
Compiled Statutes, is the sole question presented by the
record before us, and that was determined in favor of
the contention of plaintiff in error in the opinion in the
case of Scott v. Flowers, filed herewith.  The decision in
that cause is decisive of this.  The judgment of the dis-
trict court is reversed and the cause remanded.

REVERSED AND REMANDED.